CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 16 2013
JULIA ~~~~~~, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UHURU-SEKOU OBATAIYE-ALLAH, | Civil Action No. 7:13-cv-00118 |
| Plaintiff, | |
| | **MEMORANDUM OPINION** |
| v. | |
| | By: Glen E. Conrad |
| CLARKE, ET AL, | Chief United States District Judge |
| Defendant(s). | |

Uhuru-Sekou Obataiye-Allah, proceeding pro se, filed a "Motion for Injunction," which the court construed as a civil rights complaint, pursuant to 42 U.S.C. § 1983. Plaintiff was advised that the court would not adjudicate legal and factual matters discussed in his pleading in the conditionally filed action until he cured the deficiencies noted in the order entered March 25, 2013. The court directed plaintiff to submit within 10 days from the date of the order financial information and verified statement of exhaustion of administrative relief. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has failed to provide financial information and verified statement of exhaustion of administrative relief. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 16th day of April, 2013.

Chief United States District Judge