CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 16 2013
JULIA C. ————, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UHURU-SEKOU OBATAIYE-ALLAH, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARKE, ET AL, ) <br>     Defendant(s). ) | Civil Action No. 7:13-cv-00118 <br><br> **DISMISSAL ORDER** <br><br> By:   Glen E. Conrad <br>        Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 16th day of April, 2013.

_____
Chief United States District Judge